**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6162**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DONTE CHERON FREEMAN,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:06-cr-00016-JLK-1)

———————

Submitted:  June 14, 2012              Decided:  June 19, 2012

———————

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donte Cheron Freeman, Appellant Pro Se.  Ronald Andrew Bassford, Donald Ray Wolthuis, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donte Cheron Freeman appeals the district court's order denying his motion for reconsideration of the order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. United States v. Freeman, No. 4:06-cr-00016-JLK-1 (W.D. Va. Jan. 23, 2012); see United States v. Hood, 556 F.3d 226, 235-36 (4th Cir. 2009). We deny Freeman's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED